UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
   **Plaintiff**

v.              Case Number 4:02cr3027
              USM Number 17459-047

**MARK A. SKODA**
   **Defendant**
             Robert B. Creager
             Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Standard Condition #7 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. (Standard Condition #7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | December 21, 2001 |

Original Offense: Conspiracy to manufacture and attempt to manufacture methamphetamine in violation of 21 USC 846.

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                    Date of Imposition of Sentence:
                    February 3, 2006

                    s/ Richard G. Kopf
                    United States District Judge

                    February 7, 2006

```
Defendant: MARK A. SKODA                                              Page 2 of 4
Case Number: 4:02CR3027
```

## IMPRISONMENT

It is ordered defendant's term of supervised release is revoked. The defendant is sentenced to a term of **thirty-six (36) months with no supervised release to follow**.

The Court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends in the strongest possible terms as the first priority that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

2. The Court recommends as the second priority that the defendant be incarcerated at Yankton, South Dakota.

The defendant is released under the current order setting conditions of release and is to self-surrender to the United States Marshal on 2/8/06 before 2:00 p.m. in Lincoln, Nebraska.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

```
Defendant: MARK A. SKODA                                          Page 3 of 4
Case Number: 4:02CR3027
```

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 (PAID)<br>Receipt No. L404318 | | $2,551.32 (PAID)<br>Receipt No. L404318 |

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$2,551.32** is hereby ordered. The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Lincoln-Lancaster County Health Department | $873.04 | $873.04 |
| Lincoln Police Department | $1,678.28 | $1,678.28 |
| **Totals** | $2,551.32 | $2,551.32 |

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

```
Defendant: MARK A. SKODA                                             Page 4 of 4
Case Number: 4:02CR3027
```

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

Special instructions regarding the payment of criminal monetary penalties:

**The $100 special assessment and $2,551.32 restitution have been paid, (Receipt L404318).**

Defendant is ordered to make installments towards any unpaid balance(s) of any criminal monetary penalty (i.e., Special Assessment, restitution, fine and other criminal monetary penalty ordered by the court) as follows:

Following **release from incarceration**, defendant will make payments to satisfy the criminal monetary penalty in monthly installments of $25 or 5% of the defendant's gross income, whichever is greater.  The first payment commencing 30 days **following the defendant's discharge from incarceration**, until the criminal monetary penalty is paid in full.  As the defendant's income increases, the monthly payments will be adjusted accordingly.  Defendant shall be responsible for providing proof of payment to the U. S. Probation Officer as directed.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 100 Centennial Mall North, Room 593, Lincoln, NE 68508.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk