Defendant: MARK A. SKODA
Case Number: 4:02CR3027

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

Page 2 of 4

2006 JUN 22 AM 8: 20

## IMPRISONMENT

It is ordered defendant's term of supervised release is revoked. The defendant is sentenced to a term of **thirty-six (36) months with no supervised release to follow**.

The Court makes the following recommendations to the Bureau of Prisons:

1.   The Court recommends in the strongest possible terms as the first priority that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

2.   The Court recommends as the second priority that the defendant be incarcerated at Yankton, South Dakota.

The defendant is released under the current order setting conditions of release and is to self-surrender to the United States Marshal on 2/8/06 before 2:00 p.m. in Lincoln, Nebraska.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 2 nd day of June, 2006 to FPC Florence, Florence, CO, with a certified copy of this judgment.

For: R. Wiley, Warden
_____
UNITED STATES WARDEN

By: W. Hern, SISS
_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____